## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**AKIVIA MOSLEY,**

**Defendant.**                                    **No. 05-CR-30176-DRH**

## <u>ORDER</u>

**HERNDON, District Judge:**

Now before the Court is Mosley's December 29, 2005 motion to continue trial setting (Doc. 25).  The Court being fully advised in the premises finds that Mosley needs additional time to conduct plea negotiations.  In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Therefore, the Court **GRANTS** Mosley's December 29, 2005 motion to continue (Doc. 25).  The Court **CONTINUES** the **jury trial** scheduled for January 30, 2006 at 9:00 a.m. to **Monday, February 27, 2006 at 9:00 a.m.**  The time from the date the original motion was filed, December 29, 2005,  until the date to which the trial is rescheduled, February 27, 2006 is excludable time for the purposes of speedy trial.  Further, the Court **SETS** this matter for a change of plea

on January 18, 2006 at 1:30 p.m.

**IT IS SO ORDERED.**

Signed this 29th day of December, 2005.


/s/            David RHerndon
**United States District Judge**